Somina AQUINO–DIGGS,
Plaintiff–Appellant,

v.

John E. POTTER, Postmaster General,
Defendant–Appellee.

No. 06–1590.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 15, 2007.

Somina Aquino–Diggs, Appellant Pro Se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Somina Aquino–Diggs appeals the district court's order dismissing her complaint filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Aquino–Diggs v. Potter,* No. 1:05–cv–01325–CCB (D.Md. Mar. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*